UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$18,000 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST,<br><br>Defendant. | CASE NO. C20-1811 MJP<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE |

This matter comes before the Court upon the Motion for Default Judgment filed by Plaintiff, the United States. (Dkt. No. 9.) Having reviewed the Motion and the remaining record, the Court DENIES the Motion without prejudice.

As required by Local Civil Rule 55, the Government filed its Motion for Default Judgment on March 11, 2021 after its previous Motion for Default was granted on March 3, 2021. (Dkt. Nos. 8, 9.) But the Government failed to support its present Motion with evidence, as required by the Local Rules. See LCR 55(b)(2) ("Plaintiff must support a motion for default judgment with a declaration and other evidence establishing plaintiff's entitlement to a sum

1 certain and to any nonmonetary relief sought."). The Court therefore DENIES the Government's
2 Motion for Default Judgment without prejudice to refile with the appropriate supporting
3 evidence.

5     The clerk is ordered to provide copies of this order to all counsel.
6     Dated March 12, 2021.

                                      Marsha J. Pechman
                                      United States Senior District Judge