The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV20-1811-MJP |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT OF FORFEITURE** |
| $18,000 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST, | |
| Defendant. | |

THIS MATTER came before the Clerk of the Court on the United States' Second Motion for Entry of Default Judgment of Forfeiture ("Motion"). *See* Dkt. No. 11. The Clerk, having reviewed the Motion, as well as the other pleadings and papers filed in this case, FINDS entry of a Default Judgment of Forfeiture is appropriate because:

- The United States properly served, by direct notice and publication, all potential claimants to the above-captioned funds (Dkt. Nos. 2, 4, 7, and 7-1);
- No one has filed a claim to the funds or otherwise appeared in this case;
- On March 3, 2021, the Clerk of Court entered default against all potential claimants (Dkt. No. 8); and,
- The funds, and any interest that has accrued at the established rate provided by 28 U.S.C. § 1961(a), constitute a sum certain.

Default Judgment of Forfeiture of $18,000 - 1
*U.S. v. $18,000 United States Currency*, CV20-1811-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  NOW, THEREFORE, THE CLERK OF COURT ENTERS Default Judgment of
2  Forfeiture, as follows:
3      1.  The above-captioned funds, and any interest that has accrued on them at the
4  established rate provided by 28 U.S.C. § 1961(a), are fully and finally forfeited, in their
5  entirety, to the United States pursuant to 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C.
6  §§ 841(a)(1) and 846; hereafter, no right, title, or interest in the funds and any accrued
7  interest shall exist in any other party; and,
8      2.  The United States Marshals Service, and/or its agents and representatives, shall
9  dispose of the funds and any accrued interest as permitted by governing law.
10  IT IS SO ORDERED.
11
12  DATED this 16th day of March, 2021.
13
14  WILLIAM M. McCOOL
    UNITED STATES DISTRICT COURT CLERK
15
16
17  <u>GRANT COGSWELL</u>
    DEPUTY CLERK
18
19
20
21  Presented by:
22
23  <u>/s/ Krista K. Bush</u>
    KRISTA K. BUSH
24  Assistant United States Attorney
    United States Attorney's Office
25  700 Stewart Street, Suite 5220
26  Seattle, WA 98101
    (206) 553-2242
27  Krista.Bush@usdoj.gov
28

Default Judgment of Forfeiture of $18,000 - 2
*U.S. v. $18,000 United States Currency*, CV20-1811-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970